UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELIAS G. MONTALVO,

Plaintiff,

v.

STATE OF NEVADA,

Defendant.

Case No. 3:26-cv-00134-ART-CLB

ORDER

On February 24, 2026, pro se plaintiff Elias G. Montalvo, an inmate in the custody of the Nevada Department of Corrections, initiated this case with an application to proceed *in forma pauperis*. (ECF No. 1). However, Plaintiff has not filed complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. This case cannot proceed unless Plaintiff files a complaint that complies with the Federal Rules of Civil Procedure and Nevada Local Rules. The Court will give Plaintiff until **April 13, 2026**, to file a complaint.

It is therefore ordered that Plaintiff has **until April 13, 2026**, to submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

The Clerk of the Court is directed to send Plaintiff Elias G. Montalvo the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: March 13, 2026.

_____
UNITED STATES MAGISTRATE JUDGE