UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELIAS G. MONTALVO,

                              Plaintiff,

        v.

STATE OF NEVADA,

                              Defendant.

Case No. 3:26-cv-00134-ART-CLB

ORDER

On March 13, 2026, the Court ordered Plaintiff to file a complaint by April 13, 2026. (ECF No. 5). The Court explained that "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Plaintiff then filed a second application to proceed *in forma pauperis*. (ECF No. 6). Plaintiff did not otherwise respond to the Court's order directing him to file a complaint. In light of Plaintiff's *pros se* status, the Court will give him one more opportunity to file a complaint. However, this case cannot proceed until and unless Plaintiff files a complaint.

It is therefore ordered that Plaintiff has **until July 6, 2026**, to submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

The Clerk of the Court is directed to send Plaintiff Elias G. Montalvo the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: June 4, 2026.

_____
UNITED STATES MAGISTRATE JUDGE