UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIAS G. MONTALVO, | Case No. 3:26-cv-00134-ART-CLB |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants. | |

On June 4, 2026, the Court directed Plaintiff to file a complaint. (ECF No. 7).  In response, Plaintiff filed a document using the Court's standard civil rights complaint form. (ECF No. 8). However, Plaintiff uses the form to state that he has decided to achieve his goals through other means, and he requests that the case be dismissed without prejudice. (*Id.* at 2). Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgement has been filed. Therefore, the Court grants the request and dismisses this action without prejudice.

For the foregoing reasons, it is ordered that the Court construes Plaintiff's complaint (ECF No. 8) as a motion for voluntary dismissal and grants the motion. This action is dismissed in its entirety without prejudice.

It is further ordered that Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 1, 6) are denied as moot.

DATED THIS 24th day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1